Form FIND

# UNITED STATES BANKRUPTCY COURT
### Northern District of California

| In Re: | Innocenti, LLC | Case No.: 15–30690 HLB 7 |
|---|---|---|
| | Debtor(s) | Chapter: 7 |

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Barry Milgrom is discharged as trustee of the estate of the above−named debtor and the bond is canceled.

☑ the chapter 7 case of the above−named debtor is closed;

and

☐ Other

Dated: 9/20/17

By the Court:

Hannah L. Blumenstiel
United States Bankruptcy Judge